```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                       Civil No. 04-3412 MJD/RLE


DAVID L. TOUHY,                       )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )      O R D E R
                                      )
JO ANNE B. BARNHART,                  )
Commissioner of                       )
Social Security,                      )
                                      )
          Defendant.                  )
```

Based upon the motion of the Commissioner,

IT IS HEREBY ORDERED that this case is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 21, 2006

<u>S / Michael J. Davis</u>
MICHAEL J. DAVIS
U.S. District Court Judge